**Fill in this information to identify the case:**

Debtor 1 _James A. Hartman_

Debtor 2 _Beverly I. Hartman_
(Spouse, if filing)

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
(State)

Case number _11-17824-BWB_

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Ditech Financial LLC
f/k/a Green Tree Servicing LLC

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 0 0
Old Acct.#8795

**Property address:** 23809 South Jonathan Lane
Number     Street

_____

Crete         IL     60417
City          State  ZIP Code

**Court claim no.** (if known):
_____

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   05 / 01 / 2016
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page **1**

Debtor 1   James A. Hartman
           First Name   Middle Name   Last Name

Case number (*if known*) 11-17824-BWB

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Evan S. Singer
Signature

Date  05 / 31 / 2016

Print   Evan   S.   Singer
        First Name   Middle Name   Last Name

Title   Authorized Agent

Company   Timothy D. Padgett, P.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   6267 Old Water Oak Road, Suite 203
          Number      Street

          Tallahassee            FL        32312
          City                   State     ZIP Code

Contact phone  ( 850 ) 422 – 2520

Email   ess@padgettlaw.net

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 31st day of May 2016, a true and correct copy of the foregoing *Response to Notice of Final Cure* was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor 1
James A Hartman
23809 S. Jonathan Lane
Crete, IL 60417

Debtor 2
Beverly I Hartman
23809 S. Jonathan Lane
Crete, IL 60417

Attorney for Debtor
Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street Suite 1225
Chicago, IL 60602

Trustee
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

                                            /s/ Evan S. Singer, Esq.
                                            Evan S. Singer, Esq.



**PAGE 1**

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2641973

2458190 8100M

151168309

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:35 PM 08/13/2015*
*FILED 01:35 PM 08/13/2015*
*SRV 151168309 - 2458190 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

      **IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

                                        **GREEN TREE SERVICING LLC**

                                        By: *[signature]*
                                        Name: Wanda Lamb-Lindow
                                        Title: Assistant Secretary

*[Certificate of Merger]*